IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOURNAL, INC.                                                                  PLAINTIFF

v.                                      CIVIL ACTION NO. 1:21-cv-00072-GHD-RP

GOOGLE, LLC; and FACEBOOK, INC.                               DEFENDANTS

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 29th day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE